IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEAN OSCAR,**

    **Petitioner,**

v.                                     Case No. 1:22-cv-228-AW-MAL

**FCC COLEMAN, USP 2,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 13, 2022 Report and Recommendation. ECF No. 12. I have also considered de novo this issues raised in Oscar's objections. ECF No. 15. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

    1.    The Report and Recommendation (ECF No. 12) is adopted and incorporated into this order.

    2.    The clerk will enter a judgment that says, "The amended § 2241 petition for writ of habeas corpus petition is dismissed."

    3.    The pending motions (ECF Nos. 13, 14) are DENIED. Neither shows any basis for relief.

    4.    The clerk will close the file.

SO ORDERED on November 21, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge